# UNITED STATES DISTRICT COURT

for the

District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

*Plaintiff*

v.

William Randolph Hires

*Defendant*

MAGISTRATE JUDGE: __Magistrate Judge André M. Espinosa__

CASE NO. __25-mj-13053-LDW__

DATE OF PROCEEDINGS: __March 14, 2025__

DATE OF ARREST: _____

**PROCEEDINGS:** __IA - Walk in__

- [✓] COMPLAINT
- [✓] ADVISED OF RIGHTS [ ]
- [ ] WAIVER OF COUNSEL
- [✓] APPT. OF COUNSEL: [✓] AFPD    [ ] CJA
- [✓] WAIVER OF HRG: [✓] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [✓] FINANCIAL AFFIDAVIT EXECUTED [✓] FINANCIAL COLLOQUY
- [ ] _____
- [ ]
- [ ]

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED – DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: _____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [✓] TRAVEL RESTRICTED __New Jersey and Georgia__
- [✓] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [✓] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

**APPEARANCES:**

AUSA: __Jessica Ecker__

DEFT. COUNSEL: __Saverio Viggiano__

PO/PTS: _____

INTERPRETER _____
Language: _____

TIME COMMENCED: __4:03 pm__
TIME TERMINATED: __4:20 pm__
CD NO: __ECR__

__Joel De La Cruz__

DEPUTY CLERK