**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA    :    Hon.  André M. Espinosa

        v.        :    Mag. No. 25-13053

WILLIAM RANDOLPH HIRES    :    **ORDER FOR CONTINUANCE**
a/k/a "Randy Hires"

        :

1.      This matter came before the Court on the joint application of the United States (Jessica R. Ecker, Assistant U.S. Attorney, appearing), and defendant William Randolph Hires (Saverio Viggiano, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through November 28, 2025.

2.      This Court has granted three § 3161(h)(7)(A) continuances previously in this case.

3.      Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4.      Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5.      The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6.      The defendant, through counsel, has consented to this continuance.

7.      FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

- 2 -

      a.     The charge in this case results from a lengthy investigation, and the United States and the defendant desire additional time to discuss the case.

      b.     This case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits provided by the Speedy Trial Act.

      c.     Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

IT IS, therefore:

ORDERED that this action is continued for a period of approximately 60 days from September 26, 2025 through November 28, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

- 3 -

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

Hon. André M. Espinosa
United States Magistrate Judge

Dated: September 29,  2025

Form and entry consented to:

*s/ Jessica R. Ecker*
Jessica R. Ecker                          Saverio Viggiano, Esq.
Assistant U.S. Attorney              Counsel for William Randolph Hires